1060

[Nos. 8407–1–I; 9377–1–I.   Division One.   January 25, 1984.]

THE STATE OF WASHINGTON, *Appellant,* v. ANTHONY
JOSEPH KRAY, ET AL, *Respondents.*

THE STATE OF WASHINGTON, *Appellant,* v. DAVID
LEE RAMSEY, *Respondent.*

Appeals from judgments of the Superior Court for King
County, Nos. 79–1–01466–1, 80–1–01909–7, Warren Chan,
J., and James W. Mifflin, J. Pro Tem., entered January 8
and September 16, 1980. *Dismissed* by unpublished opinion
per Williams, J., concurred in by Corbett, A.C.J.

[No. 9835–7–I.   Division One.   January 25, 1984.]

THE STATE OF WASHINGTON, *Appellant,* v. STEFAN
JAY PADVORAC, *Respondent.*

Appeal from a judgment of the Superior Court for King
County, No. 80–1–04759–7, H. Joseph Coleman, J., entered
January 16, 1981. *Affirmed* by unpublished opinion per
Swanson, J., concurred in by Callow, J.

[Nos. 9481–5–I; 9489–1–I.   Division One.   January 25, 1984.]

THE STATE OF WASHINGTON, *on the Relation of Norm
Maleng, Appellant,* v. SEATTLE DISTRICT
COURT, *Respondent.*

Appeals from a judgment of the Superior Court for King
County, No. 80–3–14571–0, T. Patrick Corbett, J., entered
November 3, 1980. *Dismissed* by unpublished per curiam
opinion.